| | | | |
|---|---|---|---|
| Com. v. Logsdon | 1018 MDA 2016<br>Quashed | 02/03/2017 | CP–28–CR–0000718–2016<br>(Franklin) |
| Com. v. Watson | 1123 MDA 2016<br>Affirmed | 02/03/2017 | CP–22–CR–0004868–2010<br>CP–22–CR–0004871–2010<br>(Dauphin) |
| Com. v. Valente | 1280 MDA 2016<br>Affirmed | 02/03/2017 | CP–35–CR–0002513–2015<br>(Lackawanna) |
| Com. v. Crisamore | 1337 MDA 2016<br>Affirmed | 02/03/2017 | CP–67–CR–0000700–1990<br>(York) |
| Com. v. Smith | 1354 MDA 2016<br>Vacated and<br>Remanded | 02/03/2017 | CP–35–CR–0001886–2015<br>(Lackawanna) |
| Com. v. Madison | 1956 WDA 2015<br>Affirmed | 02/03/2017 | CP–02–SA–0002028–2015<br>(Allegheny) |
| Com. v. Ung | 2319 EDA 2015<br>Reversed and<br>Remanded | 02/06/2017 | CP–51–CR–0001220–2015<br>(Philadelphia) |
| Com. v. Hollist | 2960 EDA 2015<br>Affirmed | 02/06/2017 | CP–48–CR–0004109–2010<br>(Northampton) |
| Com. v. Brown | 3069 EDA 2015<br>Affirmed | 02/06/2017 | CP–51–CR–0004848–2014<br>(Philadelphia) |
| Com. v. Whetstone | 693 EDA 2016<br>Affirmed | 02/06/2017 | CP–46–CR–0003699–2015<br>(Montgomery) |
| Com. v. Mercaldo | 1054 EDA 2016<br>Affirmed | 02/06/2017 | CP–23–CR–0001689–1999<br>(Delaware) |
| Com. v. Maksimov | 1501 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/06/2017 | CP–09–CR–0000620–2013<br>(Bucks) |
| Com. v. Winbush[1] | 1792 EDA 2016<br>Affirmed | 02/06/2017 | CP–45–CR–0000085–2015<br>(Monroe) |
| Com. v. Aptiliasimou | 557 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/06/2017 | CP–40–CR–0002876–2014<br>(Luzerne) |

[1]. Petition for reargument denied April 13, 2017.